**Dismiss and Opinion Filed July 31, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00455-CV**

**BRILEY EPPERSON, Appellant**
**V.**
**LIZABETH AUTREY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00965-A**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By notice dated May 31, 2013, we notified appellant that his brief was overdue. We directed appellant to file his brief and an extension motion within ten days, and warned that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has neither filed his brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal for want of prosecution.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130455F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRILEY EPPERSON, Appellant

No. 05-13-00455-CV        V.

LIZABETH AUTREY, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-13-00965-A.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee Lizabeth Autrey recover her costs of this appeal, if any, from appellant Briley Epperson.

Judgment entered July 31, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE